IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF ARKANSAS *ex rel.* | * | |
| DUSTIN McDANIEL, Attorney General, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09CV00960 SWW |
| | * | |
| MATT SEIBERT d/b/a MCS CREDIT | * | |
| SERVICES, INC., CREDIT REPAIR | * | |
| SERVICES, and ARKANSAS CREDIT | * | |
| EDUCATION, | * | |
| | * | |
| Defendant. | * | |

**Order**

Before the Court is plaintiff's motion for sixty-day extension of the discovery deadline to which defendant does not object. Plaintiff also seeks an extension of the dispositive motions deadline. The motion [doc. no. 14] is granted. The discovery and dispositive motions deadlines are extended to October 18, 2010.[1]

SO ORDERED this 8th day of July, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Final Scheduling Order provides that the parties by agreement may conduct discovery beyond the deadline; however, the Court will not be available to resolve any disputes which may arise during any extended discovery. Due to the January trial date, the Court declines to extend the dispositive motions deadline by more than 30 days.